Jonathan Yong, SBN: 310444
**Gator Law, P.C.**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com
**Attorney for Plaintiff, Arletha Hill**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## CIVIL DIVISION

| | |
|---|---|
| ARLETHA HILL,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 8:25-cv-01247<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Arletha Hill, and Defendant Experian Information Solutions, Inc. ("EXPERIAN") that the above-titled action is hereby dismissed with prejudice against Defendant Experian. Each party will bear their own costs and attorney's fees.

1

Dated: 08/28/2025

Respectfully submitted,

*/s/ Jonathan Yong*
Jonathan Yong
**Gator Law, P.C.**
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com

**Attorneys for Plaintiff,
Arletha Hill**

# **CERTIFICATE OF SERVICE**

I certify that on 08/28/2025, I served Plaintiff Arletha Hill's Notice of Dismissal using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

                                        */s/ Jonathan Yong*
                                        Jonathan Yong
                                        **Gator Law, P.C.**
                                        2 N Central Avenue
                                        Suite 1800
                                        Phoenix, AZ 85004
                                        P: (385) 324-5471
                                        E: attorneys@gatorlawpc.com

                                        **Attorneys for Plaintiff,**
                                        **Arletha Hill**